# Exhibit

# 2

Boullevard Creatives

WORK • ABOUT • HAPPY CLIENTS • SERVICES • BLOG • CONTACT

FarThings App

TURN YOUR DOUBLE-TAPS INTO $$



We are excited for The FarThings team to announce their app is finally up & running.

Give a penny, ask for a penny. Help ordinary people achieve wishes or post yours. Leave a comment, share ur wishes on Facebook and Twitter directly from our app.



**Boullevard Creatives**

WORK ▾   ABOUT ▾   HAPPY CLIENTS ▾   SERVICES ▾   BLOG ▾   CONTACT

## FarThings App

———

TURN YOUR DOUBLE-TAPS INTO $$



We are excited for The FarThings team to announce their app is finally up & running.

Give a penny, ask for a penny. Help ordinary people achieve wishes or post yours. Leave a comment, share ur wishes on Facebook and Twitter directly from our app.

FarThings on the App Store

# iTunes Preview

Overview        Music        Video        Charts

iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To download the free app FarThings by Farthings LLC, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.        [I Have iTunes]

[Free Download ⊕]

## FarThings
By Farthings LLC
Open iTunes to buy and download apps.

View More by This Developer

### Description

With FarThings, pennies change lives. Our iOS App literally lets everybody help everybody! Your double-taps and 'likes' are finally worth something.

FarThings is a crowdfunded social-network for regular everyday people to post a 'wish' for help and a place where,

Farthings LLC Web Site        FarThings Support        ...More

### iPhone Screenshot

Free
Category: Social Networking
Released: Dec 30, 2015
Version: 1.0
Size: 21.3 MB
Language: English
Seller: Farthings LLC
© 2015 Boullevard Creatives LLC
Rated 4+

Compatibility: Requires iOS 8.0 or later. Compatible with iPhone, iPad, and iPod touch.

### Customer Ratings

Current Version:
          5 Ratings





### Customer Reviews

Amazing idea
by Ismaeel Akram

I've always looked for a ways to make small changes in someones life, this app is exactly what i've been searching for. Amazing concept!!

Straight forward and simple
by Jhayv

I downloaded this app and love the idea! Helping one another a penny at a time!

Superb Concept
by Yung Sipalot

I love the idea behind the app, and have an appreciation for the sheer potential it has to impact people's lives worldwide!

## Customers Also Bought

    

| magicApp Calling ... | InsTrack for Insta... | Repost & Regram f... | Followers For Inst... | Phone for Google ... |
| Social Networking | Social Networking | Social Networking | Social Networking | Social Networking |
| View In iTunes | View In iTunes | View In iTunes | View In iTunes | View In iTunes |

---

### App Store on Facebook and Twitter

Discover and share new apps.
Follow us on @AppStore.

12M
Like

### iTunes on Facebook

Discover and share new music, movies, TV, books, and more.

31M
Like

### iTunes on Twitter

Follow us @iTunes and discover new iTunes Radio Stations and the music we love.

iTunes

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Apple Info |
| iPad | Genius Bar | Shop for College | Apple Store Account | Job Opportunities |
| iPhone | Workshops and Learning | | iCloud.com | Press Info |
| Watch | Youth Programs | For Business | | Investors |
| TV | Apple Store App | iPhone in Business | Apple Values | Events |
| Music | Refurbished | iPad in Business | Environment | Hot News |
| iTunes | Financing | Mac in Business | Supplier Responsibility | Legal |
| iPod | Reuse and Recycling | Shop for Your Business | Accessibility | Contact Apple |
| Accessories | Order Status | | Privacy | |
| Gift Cards | Shopping Help | | Inclusion and Diversity | |
| | | | Education | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2016 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map                United States

Brad Cohen / Farthings LLC (001-010746)

**Unauthorized use**

